UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEIPING CHEN,<br><br>        Plaintiff,<br><br>    v.<br><br>MIDLAND INNOVATIONS, NV, et al.,<br><br>        Defendants. | Case No.  15-cv-00130-CW<br><br>**ORDER RE NOTICE OF SUBSTUTION OF COUNSEL**<br><br>Re: Dkt. No. 16 |

On October 30, 2014, Law Offices of James Swartz filed a notice of substitution of counsel for Weiping Chen in this matter. (Docket No. 16). An endorsed filed copy of the signed substitution of counsel form filed in Alameda County Superior is attached to the notice. The substitution of counsel is GRANTED.

Dated: January 26, 2015

_____
CLAUDIA WILKEN
United States District Judge