UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MIDLAND INNOVATIONS, NV,

      Plaintiff,

  v.

CHEN ET AL,

      Defendant.

NO. C 14-03430 CW

**MINUTE ORDER**
Date: March 26, 2015

Time: 13 minutes

**The Honorable Claudia Wilken, Presiding**
**Clerk: Melinda K. Lozenski   Court Reporter:** Kathy Wyatt

**Appearances for Plaintiff:**
Allan Herzlich (via CourtCall)

**Appearances for Defendant:**
Weiping Chen, Pro Se
Hongdi Ren, Pro Se

**Case Management Conference -** HELD.

Notes:  The Court will enter a conditional dismissal (120 days). Any summary judgment motion by defendant on the quiet title claim in case 15-cv-00130-CW shall be filed within 120 days.

Copies to:  Chambers